**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: | Chapter 7 |
|     Kelly D. Jull, | Case No. 24-60507 |
|     Heather S. Jull, | |
|         Debtors. | |

**RESPONSE TO TRUSTEE'S TURNOVER MOTION**

TO: The United States Bankruptcy Court, the United States Trustee, the Chapter 7 Trustee, and all parties who have requested notice under Bankruptcy Rule 2002.

The debtors respectfully request that the trustee's turnover motion for their 24 foot enclosed trailer be denied, or in the alternative continued, until which time the Court issues a decision regarding whether the 24 foot enclosed trailer is exempt under <u>Minn. Stat. 550.37(12a)</u>.

Dated: February 12, 2025                            Velde Moore, Ltd.

                                                       <u>/e/ Logan Moore, #312083</u>
                                                        Attorney for the Debtors
                                                        1118 Broadway
                                                        Alexandria, MN 56308
                                                        (320) 763-6561

In RE:

Kelly D. Jull                                                            Bky Case No. 24-60507
Heather S. Jull                                                          Chapter 7 Case

        Debtor(s).

## UNSWORN CERTIFICATE OF SERVICE

      The undersigned, of the City of Alexandria, County of Douglas, in the State of Minnesota, states that on Wednesday, February 12, 2025, she filed a Response to Trustee's Turnover Motion with the US Bankruptcy Court. All parties receiving electronic service were served by the Court upon the filing of the document. The following parties were served by mail by enclosing a true and correct copy thereof, in an envelope, with first class postage prepaid, and depositing the same in the post office at Alexandria, Minnesota, addressed as follows: NONE

                                            /e/ Kathy Stueve
                                            Assistant to Logan Moore
                                            1118 Broadway
                                            Alexandria, MN 56308
                                            320-763-6561