## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:                                      Chapter 7
                                            Case No. 24-60507
Kelly D. Jull,
Heather S. Jull,

                        Debtors.

---

## NOTICE OF SALE

---

To: The United States Trustee, all creditors and other parties in interest.

On June 25, 2025, or as soon thereafter as the transaction may be completed, the undersigned

trustee of the state of the debtors named above will sell property of the state as follows:

> The debtors scheduled a 2016 Harley-Davidson Road Glide valued at $15,000. In amended schedules filed on January 22, 2025 the debtors claimed a $10,000 exemption in the Harley-Davidson, leaving $5,000 of nonexempt value.

> The trustee has agreed to sell the bankruptcy estate's nonexempt interest in the 2016 Harley-Davidson Road Glide for $4,000.

> The total sum of $4,000 has been paid to the bankruptcy estate.

OBJECTION: MOTION: HEARING. Under the applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the Clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the Court may hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court<br>US Bankruptcy Court<br>404 Gerald W. Heaney Federal Building and U.S. Courthouse<br>515 West First Street<br>Duluth, MN  55802 | Trustee<br>(see address below) |
| --- | --- |

| Dated:  June 25, 2025 | /e/ Gene W. Doeling |
| | Gene W. Doeling, Trustee |
| | PO Box 9231 |
| | Fargo, ND  58106-9231 |
| | (701) 232-8757 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

KELLY D JULL
HEATHER S JULL

CASE NO: 24-60507

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 6/25/2025, I did cause a copy of the following documents, described below,

Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/25/2025

<u>/s/ Gene W. Doeling</u>
Gene W. Doeling
Panel Trustee

3429 Interstate Blvd. S
Fargo, ND 58103
701 232 8757
heather@kdlawpartnres.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:

KELLY D JULL
HEATHER S JULL

CASE NO: 24-60507

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 6/25/2025, a copy of the following documents, described below,

Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/25/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling

3429 Interstate Blvd. S
Fargo, ND  58103

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-60507
DISTRICT OF MINNESOTA
WED JUN 25 7-59-29 PST 2025

HELBLING AUCTIONEERS LLC
321 54TH STREET SE
KINDRED  ND 58051

FERGUS FALLS  ST PAUL
200 WARREN E BURGER FEDERAL BUILDING
AND
U S COURTHOUSE
316 N ROBERT ST
ST PAUL  MN 55101-1495

AAA COLLECTIONS MIDWEST  INC
PO BOX 881
SIOUX FALLS  SD 57101-0881

ALOMERE HEALTH
111 17TH AVE E
ALEXANDRIA  MN 56308-0057

ARS NATIONAL SERVICES INC
PO BOX 469046
ESCONDIDO  CA 92046-9046

CAPITAL ONECABELAS
PO BOX 4069
CAROL STREAM  IL 60197-4069

CAPITAL ONE BANK USA NA
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

CITI CARDS
PO BOX 9001016
LOUISVILLE  KY 40290-1016

CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS  SD 57108-5027

CITICARDS CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS  SD 57108-5027

COLLECT NORTHWEST
PO BOX 4070
MEDFORD  OR 97501-0148

DISCOVER BANK
PO BOX 30939
SALT LAKE CITY  UT 84130-0939

DISCOVER BANK
PO BOX 3025
NEW ALBANY OH 43054-3025

DOUGLAS COUNTY SOCIAL SERVICES
305 8TH AVE W
ALEXANDRIA  MN 56308-1759

DOUGLAS COUNTY SOCIAL SERVICES
JESSICA T
809 ELM STREET 1186
ALEXANDRIA  MN 56308-2675

HEATHER S JULL
1088 COUNTY ROAD 5 NW
ALEXANDRIA  MN 56308-9732

JPMCB CARD
PO BOX 15298
WILMINGTON  DE 19850-5298

JPMORGAN CHASE BANK NA
PO BOX 15369
WILMINGTON  DE 19850-5369

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TX 75001-9013

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

DEBTOR
KELLY D JULL
1088 COUNTY ROAD 5 NW
ALEXANDRIA  MN 56308-9732

MRS BPO  LLC
1930 OLNEY AVENUE
CHERRY HILL  NJ 08003-2016

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND CREDIT MANAGEMENT  LLC
ATTN CONSUMER SUPPORT SERVICES
320 E BIG BEAVER RD STE 300
TROY  MI 48083-1271

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


RECOVERING HOPE TREATMENT CENTER
2031 ROWLAND RD
MORA  MN 55051-7119

(P)SANFORD HEALTH
ATTN CHARLOTTE RUSCH
801 BROADWAY N ROUTE 1000
FARGO ND 58122-0001

SANFORD HEALTH
801 BROADWAY N ROUTE 1000
PO BOX 2010
FARGO  ND 58122-1000


US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN  NE 68508-1904

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN  NE 68508-1904

EXCLUDE
US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS  MN 55415-3070


UNITED COLLECTION BUREAU  INC
5620 SOUTHWYCK BLVD
TOLEDO  OH 43614-1501

UNITUS COMMUNITY CREDIT UNION
7623 SW DURHAM ROAD
TIGARD  OR 97224

UNITUS COMMUNITY CREDIT UNION
PO BOX 1937
POETLAND  OR 97207-1937


VERIZON BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

GENE W DOELING
3429 INTERSTATE BLVD S
FARGO  ND 58103-2213

EXCLUDE
(D)HEATHER S JULL
1988 COUNTY ROAD 5 NW
ALEXANDRIA  MN 56308-9732


EXCLUDE
(D)KELLY D JULL
1988 COUNTY ROAD 5 NW
ALEXANDRIA  MN 56308-9732

LOGAN M MOORE
VELDE MOORE LTD
1118 BROADWAY
ALEXANDRIA  MN 56308-2530