UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Kelly D Jull  
Heather S Jull

Case No: 24–60507 – WJF

Debtor(s)

Chapter 7 Case

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

U S Courthouse Courtroom 7 West, 300 S 4th St, Minneapolis, MN 55415

on 8/7/25 at 03:00 PM

to consider and act upon the following:

*46* – Amended Notice of Proposed Sale to Kelly Jull and Heather Jull re: 45 Notice of Proposed Use, Lease, or Sale. proof of service, Proposed Order. (Doeling, Gene)

Dated: 8/4/25

s/ Tricia Pepin  
Clerk, United States Bankruptcy Court

By: LMO  
Deputy Clerk

**mnbntchrgBK** 05/22/2013 – FM